[No. 4411.]

STEVENS V. STEVENS.

**Appellate Practice—Jurisdiction of Supreme Court—Divorce and Alimony.**

An appeal will not lie to the supreme court from a judgment of the county court sustaining a demurrer to a petition for the modification of an allowance of alimony and the custody and control of a minor child as fixed by a decree of divorce theretofore rendered, but the appeal will be dismissed and the cause redocketed on error.

*Appeal from the County Court of Lake County.*

Mr. THOS. A. DICKSON, for appellant.

*Per Curiam.*—This is an appeal from a judgment sustaining a demurrer to the petition of appellant, the purpose of which was to obtain an order modifying an allowance for alimony and the custody and control of a minor child, as fixed by a decree of divorce theretofore rendered between the parties to this action. There is no question involved which gives this court jurisdiction on appeal. The appeal is, therefore, dismissed, and the cause re-docketed on error.—Sec. 388a, Mills' Ann. Stats.

*Appeal dismissed.*